UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 13251
   RICHARD ROLAND JR

                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-5110

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 10/17/2006 and was confirmed 11/30/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 05/01/2008.
--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NATIONAL CITY MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| NATIONAL CITY MORTGAGE | MORTGAGE ARRE | 19647.79 | .00 | 8615.46 |
| AAA FENCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| SBC ILLINOIS | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | 670.77 | .00 | .00 |
| BENNET & DELONEY | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| SBC AMERITEC | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENCE FINANCIAL LLC | UNSECURED | 16507.29 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 9318.78 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 4629.28 | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| AT&T WIRELESS | UNSECURED | 208.57 | .00 | .00 |
| PAYDAY LOAN STORE OF ILL | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 2555.65 | .00 | .00 |
| VILLAGE OF SOUTH HOLLAND | UNSECURED | 250.00 | .00 | .00 |
| ECMC | UNSECURED | 381.81 | .00 | .00 |
| SHELL/CITI | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2852.58 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2346.17 | .00 | .00 |
| TOYOTA MOTOR | UNSECURED | NOT FILED | .00 | .00 |
| CERTEGY | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL CITY MORTGAGE | NOTICE ONLY | NOT FILED | .00 | .00 |
| WALMART | UNSECURED | 702.95 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 595.78 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 41.51 | .00 | .00 |
| NATIONAL CITY MORTGAGE | NOTICE ONLY | NOT FILED | .00 | .00 |
| DAMITA BUFFINGTON & ASSO | DEBTOR ATTY | 1,574.00 | | 1,574.00 |
| TOM VAUGHN | TRUSTEE | | | 702.54 |
| DEBTOR REFUND | REFUND | | | .00 |

       Summary of Receipts and Disbursements:

                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 13251 RICHARD ROLAND JR

```
-----------------------------------------------------------------
                           RECEIPTS          DISBURSEMENTS
-----------------------------------------------------------------
TRUSTEE                   10,892.00

PRIORITY                                              .00
SECURED                                          8,615.46
UNSECURED                                             .00
ADMINISTRATIVE                                   1,574.00
TRUSTEE COMPENSATION                               702.54
DEBTOR REFUND                                         .00
                        ---------------      ---------------
TOTALS                   10,892.00             10,892.00
```

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 08/26/08                   /s/ Tom Vaughn
                                  _____

                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE